UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STAETS OF AMERICA<br>Plaintiff<br><br>v.<br><br>€94,700 EUROS AND<br>$5,600.00 IN U.S. CURRENCY<br><br>Defendants. | CIVIL NO. 4:09-CV-03922<br><br>CERTIFICATE OF<br>INTERESTED PARTIES |

Pursuant to the Order for Conference and Disclosure of Interested Parties, the following people are known to be financially interested in the in the outcome of this litigation:

1. Chu Yuan Zhou;

2. Shu Ting Chen; and

3. Kim Huang Zhou.

DATED:

COATS ROSE
A Professional Corporation

By: /s/ Jerry M. Young
Jerry M. Young
Attorney for Claimants
3 East Greenway Plaza, Suite 2000
Houston, Texas 77046-0307
(713) 651-0111
T B # 00785301
Federal I.O. # 15451

DATED: January 26, 2010                    PERRY & PERRY, PLLP

By _____
(Pro Hac Vice Petition Pending)
Attorney for Claimants
Shane C. Perry (#203907)
Suite 270, Parkdale I
5401 Gamble Drive
Minneapolis, MN  55416
(952) 546-3555