UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Civil Action No. 4:09-CV-03922 |
| Plaintiff, | § | |
| | § | CLAIM OF SHU TING CHEN |
| vs. | § | |
| €94,700 EUROS AND | § | |
| $5,600.00 IN U.S. CURRENCY, | § | |
| Defendant | § | |

Pursuant to Rule G, Supplemental Rules, Federal Rules of Civil Procedure, I, Shu Ting Chen, hereby contest the forfeiture of the €94,700 Euros and $5,600 in U.S. currency, demand the return and restitution of the defendant Euros and U.S. Currency, and make the following claim.

1. My husband, Chu Yuan Zhou, and I are the rightful owners of all but €20,000 of the €94,700 Euros and $5,600 in U.S. Currency seized by the United States of America in the above-entitle matter.

2. The Euros and U.S. Currency was seized by, and is in the possession of, the United State of America.

3. All of the Euros and U.S. Currency earned by my husband and myself was earned by legitimate means and come from legitimate sources: for years, my husband and I saved some of the income we earned from operating a restaurant known as the Lido Restaurant located in Armenia, Columbia and that is the source of all the Euros and U.S. Currency seized (except the €20,000 Euros that Kim Huang Zhou earned and as to those Euros, I believe Kim Huang Zhou earned the Euros legitimately by working at the Lido Restaurant, and the Euros are from a legitimate source).

I declare under penalty of perjury the foregoing is true and correct.

Executed this 16th day of February, 2010 at Armenia, Columbia.

State of New York
County of NY

_Chen Shu Ting_
Shu Ting Chen

Subscribed and sworn to before me
this 16th day of February 2010.

_[signature]_
Notary Public

WAH HEE LEI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LE6151951
QUALIFIED IN KINGS COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES AUGUST 28, 2010

COATS ROSE
A Professional Corporation

_[signature]_
Jerry M. Young
Attorney for Claimants
3 East Greenway Plaza, Suite 2000
Houston, Texas 77046-0307
(713) 651-0111
Texas Bar No. 00785301
Federal I.D. No. 15451

PERRY & PERRY, PLLP

_[signature]_

(Pro Hac Vice Petition Pending)
Shane C. Perry
Attorney for Claimants
Minnesota Attorney No. 203907
Parkdale 1, Suite 270
5401 Gamble Drive
Minneapolis, MN 55416
(952) 546-3555